## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

IN RE:

STEPHEN JOSEPH CICCHINI
ASHLEY BROOKE CICCHINI

DEBTORS

CASE NO. 11-34481-JES

CHAPTER NO. 13

### REQUEST FOR NOTICE TO CREDITOR

Please take notice that David Lichtenstein hereby gives notice pursuant to Bankruptcy

Rules 2002 and 9010 that David Lichtenstein, Attorney at Law, requests:

1.      All notices given or required to be given in the case and

2.      All pleadings and correspondence serviced or required to be served in this case should be

directed to the David Lichtenstein, Attorney at Law, at the following address:

David Lichtenstein
Attorney at Law
1556 Williams Street, Suite 100
Denver, CO 80218-1661

Dated:  January 3, 2012

s/ David Lichtenstein
David Lichtenstein
Ariel DeFazio
David Lichtenstein, Attorney at Law
1556 Williams Street, Suite 100
Denver, CO 80218-1661
Telephone:  (303) 831-4750
Facsimile:  (303) 863-0835
E-mail: dave@lichtensteinlaw.com

## CERTIFICATE OF SERVICE

I certify that on January 3, 2012 a true and correct copy of the foregoing **REQUEST FOR NOTICE TO CREDITOR** was deposited in the U. S. mail, postage prepaid, addressed to the following:

Clerk, U.S. Bankruptcy Court
Room 126 U.S. Court House
517 E. Wisconsin Ave.
Milwaukee, Wisconsin 53202

James L. Miller
Paula Brunner
Debtor's Attorneys
735 West Wisconsin Ave.
Milwaukee, WI 53233

Mary B. Grossman
Trustee
P.O. Box 510920
Milwaukee, WI 53203

Office of the U.S. Trustee
517 E. Wisconsin Ave, Room 430
Milwaukee, WI 53202

s/ Marilyn Barela
Marilyn Barela
Legal Assistant to David Lichtenstein

2